UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. JOSE L. LINARES |
| v. | : | Crim. No. 06-687 (JLL) |
| WALID KHATER | : | <u>ORDER</u> |

The Court has received and reviewed Defendant Walid Khater's request for early termination of his period of supervised release dated May 6, 2012. After consideration of the Defendant's request and United States Probation Officer Matthew C. Kurzawa's communication to this Court in opposition to the same, it is hereby ordered that Defendant Walid Khater's request is DENIED.

Dated: May 30, 2012

_____
HON. JOSE L. LINARES
United States District Judge